IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CV-00025-BO

| | |
|---|---|
| SHANNON LASATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4375.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Upon payment of such sum, this case is dismissed with prejudice.

SO ORDERED this 26 day of February, 2012.

_____
JUDGE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE